IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON DEAN STEWART | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-1796 |
| | : | |
| DONALD KELCHNER and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : | |

## ORDER

**AND NOW**, this 24th day of September, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Answer to the Petition for the Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells, and after a thorough and independent review of the record, and no objections to the Report and Recommendation having been filed, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

/Timothy J. Savage
TIMOTHY J. SAVAGE, J.